ATLANTIC CITY RAILROAD COMPANY ET AL.. APPELLANTS, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENTS.

Argued October 23, 1931—Decided May 16, 1932.

For the appellants, *French, Richards & Bradley.*

For the respondents, *L. Edward Herman, William H. Speer, Patrick H. Harding* and *Emerson L. Richards.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, KERNEY, JJ.   10.

*For reversal*—None.